IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MICHAEL FRANCIS LEE, JR.,                Civil No. 3:15-cv-01177-PK

        Plaintiff,                                  JUDGMENT

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

PAPAK, Magistrate Judge:

This matter is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for the calculation and award of benefits in accordance with the Opinion and Order. This action is dismissed.

IT IS SO ORDERED.

Dated this 21st day of June, 2016.

                                                             Honorable Paul Papak
                                                             United States Magistrate Judge